LINDA JEAN TATE
664 DR MARTIN LUTHER KING J
MACON, MS 39341

TOYOTA FINANCIAL
ATTN: BANKRUPTCY
PO BOX 22171
TEMPE, AZ 85285

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
3189 E HWY 45 N
COLUMBUS, MS 39705

BRIGHT MONEY
50 CALIFORNIA ST
SAN FRANCISCO, CA 94111

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CORTRUST BANK
ATTN: BANKRUPTCY
PO BOX 7030
MITCHELL, SD 57301

HEIGHTS FINANCE
518 18TH AVE N #3
COLUMBUS, MS 39705

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY SUITE 226
SAN FRANSICO, CA 94111

TOWER LOAN
1920-11 HWY 45 N
COLUMBUS, MS 39705