**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Linda Jean Tate, Debtor** **Case No. 26-02696-JAW**
**CHAPTER 13**

# MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).
2. That on 10/02/2026, Debtor filed the petition for relief under Chapter 13 in the instant cause.
3. That on or about 7/2/2026 Debtor filed a Chapter 13 proceeding, case number 26-01824 and said case dismissed on 8/21/2026.
4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.
5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on October 2, 2026, to:

By Electronic CM/ECF Notice:

Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LINDA JEAN TATE

CASE NO: 26-02696

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 10/2/2026, I did cause a copy of the following documents, described below,

Motion to Extend Stay

Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/2/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

LINDA JEAN TATE

CASE NO: 26-02696

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 10/2/2026, a copy of the following documents, described below,

Motion to Extend Stay

Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/2/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-02696
SOUTHERN DISTRICT OF MISSISSIPPI
FRI OCT 2 10-14-16 PST 2026

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

1ST FRANKLIN
3189 E HWY 45 N
COLUMBUS MS 39705-1251

BRIGHT MONEY
50 CALIFORNIA ST
SAN FRANCISCO CA 94111-4624

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

(P)CORTRUST BANK
PO BOX 7030
MITCHELL SD 57301-7030

HEIGHTS FINANCE
518 18TH AVE N 3
COLUMBUS MS 39705

KIKOFF
ATTN BANKRUPTCY
75 BROADWAY SUITE 226
SAN FRANSICO CA 94111-1458

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOYOTA FINANCIAL
ATTN BANKRUPTCY
PO BOX 22171
TEMPE AZ 85285-2171

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

~~EXCLUDE~~

~~HAROLD J BARKLEY JR~~
~~PO BOX 4476~~
~~JACKSON MS 39296-4476~~

DEBTOR

LINDA JEAN TATE
664 DR MARTIN LUTHER KING JR DR
MACON MS 39341-2933

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767