**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Linda Jean Tate, Debtor** **Case No. 26-02696-JAW**
**CHAPTER 13**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on 10/2/2026.

4. I previously filed bankruptcy case number 26-01824 under Chapter 13 on 7/2/2026 and that case was dismissed on 8/21/2026.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

    - Failure to file or amend the petition or other required documents without substantial excuse;
    - failure to provide adequate protection as ordered by the Court; or
    - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

    I have submitted all documents to my attorney and filed a complete bankruptcy with the petition, all schedules and statements, and a chapter 13 plan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/2/2026

/s/ Linda Jean Tate
Linda Jean Tate